United States District Court Nebraska

CHARLES Swift

v.

PatRick CooPeR Judge
Randall & FRASeR stRyKeR

case# _____
42 USC S. 1983
action

8:20cv445

Plaintiff Requests $100,000,000⁰⁰ for
INVASION of Privacy in that defendant INVADed
our PRivacy By tape Recording a telephone
CONVERSation Betwixt Plaintiff and
defendant oN oR aBout 10-10-20
aNNexed Hereto and CouRt given to Savvy
that Such Recording was USed iN oPeN
CouRt BefoRe Defendant Randall-whom
allowed Same in C# 20-6508 oN
the Docket of Randall's CouRt
    Randall ConspiRed with defendant
to violate ouR Rights and Did NoT eveN
iNQuiRe iF Plaintiff HaD any oBjection

RECEIVED
OCT 23 2020
CLERK
U.S. DISTRICT COURT

RECEIVED
OCT 23 2020
CLERK
U.S. DISTRICT COURT

OFFICE OF THE CLERK
2020 OCT 23 PM 3:41
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED

Cooper WORKS for FRASER STRYKER &
is a white Caucasian as is "Randall"
whereas your Plaintiff IS BLACK NEGRA
Nigger descendant of african slaves and the
Defendants apparently Think Cause I am
Black They Can violate our Rights.
As PauPeR we PRAy to Proceed IFP

Date: 10-22-20      Charles ~~Charles Swift~~ Swift
                    5039 Pinkney
                    Omaha NE 68111

2.

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

CHARLES SWIFT,                                 )          CASE NO. CI20-6508
                                               )
        Plaintiff,                             )
                                               )
vs.                                            )          AFFIDAVIT OF PATRICK COOPER
                                               )
DAVID R. MATLEY and NP DODGE,                  )
                                               )
        Defendants.                            )

STATE OF NEBRASKA     )
                      ) ss.
COUNTY OF DOUGLAS     )

Patrick Cooper, being first duly sworn, deposes and states as follows:

1.      I am counsel of record for Defendant David Matney in the above-captioned matter.

2.      On September 24, 2020, I contacted Plaintiff Charles Swift to discuss this lawsuit and to engage in settlement negotiations.  During that call, Mr. Swift accepted my offer to settle this lawsuit.  Specifically, Mr. Swift agreed to accept Two Thousand Dollars ($2,000.00) in exchange for releasing his personal injury claim and dismissing this lawsuit.

3.      Attached as Exhibit "A" is a CD containing a true and correct copy of a recording of an excerpt from the September 24 conversation.  The attached recording includes my discussion with Mr. Swift regarding settlement of this matter.

FURTHER AFFIANT SAYETH NOT.

Dated this 19th day of October, 2020.

_____
Patrick S. Cooper

Subscribed and sworn to before me this 19th day of October, 2020.

_____
Notary Public

GENERAL NOTARY - State of Nebraska
JONI HRUBSKY
My Comm. Exp. March 29, 2024

402-937-6829