FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 DEC 23 PM 3:41
OFFICE OF THE CLERK

United States District Court Nebraska

Swift Charles,
v.
Michael Coffey, John Randall Cooper
Patrick; Fraser Stryker

8:20CV445
amended complaint

Subsequent to the filing hereof the Hon Michael Coffey weighed in in on the Docket of Nebraska district Court stating that it was "OK" & perfectly legal for defendant Respondent herein Cooper to introduce the illegally surreptitious Audio Recording from telephone conversation Betwixt Petitioner-Plaintiff and Cooper (Cooper employed by Respondent Fraser Stryker)

We Pray $100,000,000.00 for invasion of our privacy in that defendant invaded our privacy by secretly

1

Recording a telephone conversation Between plaintiff and defendant Cooper on or about 10-10-20 annexed to the original Complaint filed herein.

Court given to understand that such Recording was used in defendant Randall's open Court whom allowed same in CI 20-6508 on docket of Randall's Court

Coffey and Randall have conspired with Cooper to violate 18 USC §2511 et seq and did not even inquire if plaintiff had any objection! Cooper works for fraser Stryker? is a white Caucasian as is Coffey whereas your

-2-

(3)

Plaintiff is Black Nigger Nigger the standard of human states or slave nigger. I'm a actileboclery civil n', Jon Sawyer. Defendants apparently think 'cause we Black they can violate 18 USC §2511.

12-23-20

Charles Berry
3593 menidozeum
Omaha Ne 68111

United States District Court Nebraska

CHARLES Swift
v.
Patrick Cooper Judge
Randall & Fraser Stryker

case #
42 USC S. 1983
action
8:20CV445

Plaintiff requests $100,000,000.00 for invasion of privacy in that defendant invaded our privacy by tape recording a telephone conversation betwixt Plaintiff and defendant on or about 10-10-20 annexed hereto and court given to say that such recording was used in open court before Defendant Randall - whom allowed same in C# 20-6508 on the Docket of Randall's court

Randall conspired with defendant to violate our Rights and did not even inquire if Plaintiff had any objection

RECEIVED OCT 23 2020 CLERK U.S. DISTRICT COURT
RECEIVED OCT 23 2020 CLERK U.S. DISTRICT COURT
2020 OCT 23 PM 3:41 OFFICE OF THE CLERK
FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA

Cooper works for Fraser Stryker & is a white Caucasian as is "Randall" whereas your Plaintiff is Black Negra Nigger descendant of african slaves and the Defendants apparently think cause I am Black they can violate our Rights. As Pauper we pray to Proceed IFP

Date: 10-22-20   Charles ~~Chaples Swift~~
5039 Pinkney
Omaha NE 68111

-2-



IN THE DIST_____ ____TY, NEBRASKA

| | | |
|---|---|---|
| CHARLES SWIFT, | ) | CI 20 – |
| | ) | |
| Plaintiff, | ) | |
| | ) | O R D E R |
| vs. | ) | |
| | ) | |
| DAVID MATNEY, MELISHA POTTER, | ) | |
| FRASER STRYKER, and PATRICK | ) | |
| COOPER, | ) | |
| | ) | |
| Defendants. | ) | |

#6 FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA
NOV 0 6 2020
JOHN M. FRIEND
CLERK DISTRICT COURT

On the 30th day of October, 2020 the Plaintiff's request to proceed without payment of fees came on for hearing. The Court finds as follows, to wit:

1. On August 18, 2020 the Plaintiff filed a complaint in the District Court of Douglas County at CI 20-6508 against Defendants David R. Matley and N.P. Dodge;

2. That Patrick S. Cooper, an attorney with the Fraser Stryker Law Firm, filed an answer on behalf of Defendant Matley on September 22, 2020;

3. Attorney Cooper filed a motion for summary judgment on behalf of Defendant Matley and District Court Judge Gary B. Randall sustained the motion and dismissed the action on October 22, 2020;

4. That the Plaintiff has filed an action in the Nebraska Federal District Court at 8:20-CV-445 against atty. Cooper, Judge Randall and the Fraser Stryker Law Firm and said suit arises out of the dismissal of the Plaintiff's action against David R.Matley;

5. That the pending action on its face fails to state a cause of action against atty. Patrick Cooper and, furthermore, the allegations in said complaint are frivolous and redundant.

The Court finds that pursuant to Neb. Rev. Stat. 25-2301.02 (1) the Plaintiff's application to proceed in forma pauperis should be overruled and denied.

IT IS SO ORDERED.

DATED this 6th day of November, 2020.

BY THE COURT:

*/s/ J. Michael Coffey*
J. MICHAEL COFFEY
DISTRICT COURT JUDGE